[No. 47030-6-II.   Division Two.   December 21, 2016.]

THE STATE OF WASHINGTON, *Respondent*, v. CHARLES LONGSHORE III, *Appellant*.

Appeal from a judgment of the Superior Court for Mason County, No. 12-1-00219-3, Amber L. Finlay, J., entered December 18, 2014. *Reversed* and *remanded* by unpublished opinion per Lee, J., concurred in by Melnick and Sutton, JJ.

[No. 33343-4-III.   Division Three.   December 22, 2016.]

THE STATE OF WASHINGTON, *Respondent*, v. PAUL ANTHONY MCVAY, *Appellant*.

Appeal from a judgment of the Superior Court for Franklin County, No. 13-1-50492-7, Robert G. Swisher, J., entered May 12, 2015. *Reversed* by unpublished opinion per Lawrence-Berrey, J., concurred in by Fearing, C.J.; Korsmo, J., concurring in the result by separate opinion.

[No. 73017-7-I.   Division One.   December 27, 2016.]

GEORGE E. FAILING COMPANY, *Respondent*, v. CASCADE DRILLING, INC., ET AL., *Appellants*.

Appeal from a judgment of the Superior Court for King County, No. 09-2-25097-9, Susan J. Craighead, J., entered December 30, 2014. *Affirmed* by unpublished opinion per Becker, J., concurred in by Appelwick and Schindler, JJ.